UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ROSS ISLAND SAND AND GRAVEL COMPANY, an Oregon Corporation, Oregon Registration No. 029100-16,<br><br>Defendant. | CASE NO. 2:16-cv-01783-RSM<br><br>ORDER OF DEFAULT JUDGMENT AGAINST ROSS ISLAND SAND AND GRAVEL COMPANY |

Ross Island Sand and Gravel Company, defendant herein, having been served via process server on February 24, 2017; the defendant having failed to plead to otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of the defendant having been duly entered according to law, upon the application of plaintiff, judgment is hereby entered against said defendant pursuant to the prayer of plaintiff's complaint.

THEREFORE, IT IS HEREBY ORDERED that plaintiff Board of Trustees of the Automotive Machinists Pension Trust have a judgment for the delinquent payment of contributions, liquidated damages, interest, and attorney fees and costs for the period of July 2016 through March 2017 to recover from defendant, Ross Island Sand and Gravel Company,

ORDER OF DEFAULT JUDGMENT - Page 1
Cause No. 2:16-cv-01783-RSM

8200 548 sd131205

the following amounts: $67,640.24 in unpaid contributions, $15,327.87 in liquidated damages, and $2,407.66 in interest, $800.00 in referral attorney fees, $449.50 in litigation fees and costs, and litigation attorney fees in the amount of $946.00, for a total judgment of $87,571.27.

Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

DONE IN OPEN COURT this 4th day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for Plaintiff

ORDER OF DEFAULT JUDGMENT - Page 2
Cause No. 2:16-cv-01783-RSM

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., STE. 910
SEATTLE, WA 98101
(206) 224-9900

8200 548 sd131205